No. 69110.—Souvenirs, Inc. *v.* United States, protest 64/2141 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiff was sustained.

No. 69111.—Progress Manufacturing Company, Inc. *v.* United States, protest 63/8429 (Philadelphia).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of lamp shades in chief value of wood, the claim of the plaintiff was sustained.